838

No. 118, Misc. JACKSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 120, Misc. MITCHELL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 122, Misc. MOORE v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 123, Misc. RICKS v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania. Certiorari denied.

No. 125, Misc. BURNS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 128, Misc. SHERWOOD v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 129, Misc. COATES v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 130, Misc. DIBLIN v. KATZ. C. A. 2d Cir. Certiorari denied.